UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jermaine Coston                                              Docket No. 2:15-CR-15-1H

**Petition for Action on Supervised Release**

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jermaine Coston, who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on January 12, 2016, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Jermaine Coston was released from custody on October 16, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Per the Judgment and Commitment Order, Coston was ordered to pay a $100 special assessment and $2,000 fine. The court also ordered that the defendant pay the monetary penalties immediately, and if the judgment imposes imprisonment, payment of the criminal monetary penalties shall be due during the term of imprisonment. As previously noted, Coston was sentenced to a term of imprisonment. While incarcerated, he paid the $100 special assessment and $100 toward the fine; however, he has an outstanding balance of $1,900. Although the defendant recently acquired employment as a laborer with Perdue Farms in Lewiston-Woodville, North Carolina, he is unable to pay the outstanding monetary obligation in full as ordered by the court. As such, it is respectfully requested that Coston be allowed to pay the outstanding balance at the rate of at least $50 per month beginning on December 17, 2018. The defendant signed an agreement to pay said amount.

Additionally, as a condition of supervised release, Coston was ordered to participate in substance abuse treatment. On October 24, 2018, the defendant underwent a comprehensive assessment with PORT Health in Elizabeth City, North Carolina, and was recommended to attend individual counseling sessions once per month. It was further recommended that Coston undergo a mental health assessment with the treatment provider's physician due to his admission that he suffers from anger issues. Inasmuch as the defendant acknowledged his anger issues and signed a Waiver agreeing to modify the conditions of supervised release to include mental health treatment, it is respectfully recommended that Coston's conditions be modified accordingly.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall pay to the Clerk of Court at least $50 per month beginning on December 17, 2018, and continuing each month until paid in full.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

**Jermaine Coston**
**Docket No. 2:15-CR-15-1H**
**Petition For Action**
**Page 2**

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Lakesha H. Wright<br>Lakesha H. Wright<br>U.S. Probation Officer<br>306 East Main Street, Room 306<br>Elizabeth City, NC 27909-7909<br>Phone: 252-335-5508<br>Executed On: November 5, 2018 |

## ORDER OF THE COURT

Considered and ordered this __6th__ day of __November__, 2018, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge